

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

**Signed March 29, 2011**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | § |
| | § |
| LEVI DANIEL WEST, | § |
| | §  CASE NO. 10-70574 |
| | § |
| Debtor. | § |

### ORDER LIFTING CO-DEBTOR STAY

BEFORE ME came to be heard the motion of secured creditor Swartz & Brough, Inc., to lift the Stay in this bankruptcy regarding Margaret Annamae Baumeister real property located at 116 Trail Drive, Bowie, TX 76230, and came Swartz & Brough, Inc.; and the Debtor, although noticed through counsel as required by law, came not, but wholly made default; the Court, having considered the motion and exhibits on file herein, renders the following order:

IT IS ORDERED, ADJUDGED AND DECREED that the Co-Debtor Stay shall be lifted in this bankruptcy with specific regard to the 116 Trail Drive, Bowie, TX 76230 described above, and Swartz & Brough, Inc. is hereby granted the right to immediately pursue its remedies

under State law, including the execution of non-judicial foreclosure sale of the Property and eviction of Debtors, if necessary.

IT IS FURTHER ORDERED that, in the event Debtor's bankruptcy is dismissed and reinstated, or in the event Debtor's bankruptcy convert's to a different bankruptcy Chapter, this Order shall be considered a part of any such bankruptcy.

IT IS FURTHER ORDERED that the provisions of Bankruptcy Rule 4001(a)(3) are waived and the Order shall be in full force and effect upon signature of this Court.

.### END OF ORDER###

By: /s/ Sidney H. Scheinberg
Sidney H. Scheinberg, Esq.
State Bar No. 17736620
GLAST, PHILLIPS & MURRAY, P.C.
14801 Quorum Drive, Suite 500
Dallas, TX 75254
(972)419-7177; Fax (972)419-8329
Email: sid@gpm-law.com
Attorneys for Movant
Swartz & Brough, Inc.